RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 12/1/09
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| WILLIE LEE SMITH<br>LA. DOC # 454594 | CIVIL ACTION NO. 09-1530 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| WARDEN, DAVID WADE<br>CORRECTIONAL CENTER | MAG. JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED** that this Petition for *Habeas Corpus* be **DISMISSED WITH PREJUDICE** because Petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

MONROE, LOUISIANA, this ___1___ day of ___December___, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE