UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **WILLIE LEE SMITH** | **CIVIL ACTION NO. 09-1530** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WARDEN, DAVID WADE CORRECTION CENTER** | **MAG. JUDGE KAREN L.HAYES** |

**O R D E R**

The Petitioner has filed a Motion for a Certificate of Appealability [Doc. No. 8] in the above-captioned habeas case. Upon consideration of the record, the requirements of 28 U.S.C. § 2253, and the Supreme Court's decision in <u>Slack v. McDaniel</u>, 529 U.S. 473, 478 (2000),

IT IS HEREBY ORDERED that the certificate of appealability is DENIED because the applicant has failed to show that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.

MONROE, LOUISIANA, this 21st day of December, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE